DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Old Reliable Wholesale, Inc., ) | |
| ) | CASE NO. 5:06 CV 2389 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGMENT ENTRY |
| ) | |
| Cornell Corporation, ) | |
| ) | |
| Defendant. ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1) Defendant Cornell's motion for summary judgment (ECF 54) that the '950 Patent is invalid pursuant to 35 U.S.C. §§ 102 and 103 is GRANTED; and

2) Plaintiff Old Reliable's motion for summary judgment (ECF 53) that defendant infringed the '950 Patent is DENIED.

IT IS SO ORDERED.

| | |
|---|---|
|  March 24, 2009 | *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |