IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

OLD RELIABLE WHOLESALE,
INC., 250 South Van Buren
Ave, Barberton, Ohio 44203

                    CASE NO.:
        VS.         5:06-cv-02389-DDD
                    JUDGE: DAVID D. DOWD,
CORNELL CORPORATION,   JR.
808 South 3rd Street
Cornell, WI 54732


      VIDEOTAPED DEPOSITION OF RICHARD DAUPHINAIS, a Witness in the above-entitled cause, taken on behalf of the Defendant, before Jane M. Poore, Notary Public, RPR, in and for the State of Rhode Island, at the offices of Branch River Foam Plastics, Inc., 15 Thurber Boulevard, Smithfield, Rhode Island, on February 19, 2007, at 9:00 A.M.
APPEARANCES:
FOR THE PLAINTIFF:
HAHN, LOESER & PARKS, LLP
BY: R. ERIC GAUM, ESQUIRE
ONE GOJO PLAZA, SUITE 300
AKRON, OH 44311-1076
(330)864-5550

FOR THE DEFENDANT:
SEVERSON, SHELDON, DOUGHERTY & MOLENDA, P.A.
BY: MATTHEW J. SCHAAP, ESQUIRE
7300 WEST 147TH STREET, SUITE 600
APPLE VALLEY, MINNESOTA 55124
(952)432-3136
ALSO PRESENT: WILLIAM WHITE, VIDEOGRAPHER

        ALLIED COURT REPORTERS, INC.
           115 PHENIX AVENUE
         CRANSTON, R.I. 02920
           (401) 946-5500

1                          I N D E X
2    WITNESS                                                    PAGE
3    RICHARD DAUPHINAIS
          EXAMINATION BY MR. SCHAAP ................    3
4         EXAMINATION BY MR. GAUM .................   59
          FURTHER EXAMINATION BY MR. SCHAAP .......   70
5
6                         E X H I B I T S
     NO.                  DESCRIPTION                           PAGE
7    1    NOTICE OF DEPOSITION (9 PGS.)                            8
8    2    UNITED STATES PATENT NO. 5,069,950 (6                   10
          PGS.)
9
     3    BROCHURE RELATED TO THE AJC INVENTSABORD                19
10        (4 PGS.)
11   4    EXCERPT FROM POPULAR SCIENCE (3 PGS.)                   22
12   5    BROCHURE FOR BRANCH RIVER AIR-FLOW PANEL                24
          SYSTEM (2 PGS.)
13
     6    PHOTOGRAPH (1 PG.)                                      39
14
15   7    PHOTOGRAPH (1 PG.)                                      41

16   8    PHOTOGRAPH (1 PG.)                                      42

17   9    PHOTOGRAPH (1 PG.)                                      43

18   10   12/2/87 LETTER FROM NEIL GOODALL TO DANIEL              47
          KLUTH (5 PGS.)
19   11   BROCHURE FROM BRANCH RIVER REGARDING                    47
          VERSATILE-R-CONTROL (8 PGS.)
20
21   12   BRANCH RIVER BROCHURE REGARDING AIR-FLO                 47
          PANEL SYSTEM (6 PGS.)
22   13   EXCERPT FROM BRANCH RIVER BINDER (15 PGS.)              47
23
24
25

1  (DEPOSITION COMMENCED 9:13 A.M.)
2           THE VIDEOGRAPHER: We're on the
3  record. My name is William White. Today's date
4  is February 19, 2008. The time is 9:13. We're in
5  Smithfield, Rhode Island, in the matter of Old
6  Reliable Wholesale, Inc., versus Cornell
7  Corporation, CA Number 5:06-cv-02389, for the
8  Northern District of Ohio, Eastern Division.
9  Would the attorneys identify themselves for the
10 record.
11          MR. SCHAAP: My name is Matthew
12 Schaap. I'm an attorney for Cornell Corporation,
13 the Defendant in this action.
14          MR. GAUM: My name is Eric Gaum. I'm
15 counsel for the Plaintiff, Old Reliable Wholesale,
16 Inc.
17          THE VIDEOGRAPHER: Could you swear
18 the witness, please.
19                RICHARD DAUPHINAIS
20 BEING DULY SWORN, DEPOSES AND TESTIFIES AS FOLLOWS:
21          THE REPORTER: Could you state your
22 full name for the record, please.
23          THE WITNESS: Richard Dauphinais.
24          EXAMINATION BY MR. SCHAAP
25 Q. And could you just spell your last name once again

```
 1         for the record.
 2       A. D-a-u-p-h-i-n-a-i-s.
 3    Q. Dauphinais, am I saying that right?
 4       A. Yeah.
 5    Q. Now, Mr. Dauphinais, just by way of a little bit
 6       of context, as I just indicated, I'm the attorney
 7       for Cornell Corporation. Mr. Gaum is the attorney
 8       for Old Reliable Wholesale. Old Reliable
 9       Wholesale is suing Cornell Corporation alleging
10       patent infringement. Now, Cornell Corporation is
11       defending that action alleging that the patent is
12       invalid. Because you're not a party to the
13       action, and Branch River Foam Plastics is not a
14       party to the action --
15       A. Right.
16    Q. -- I will just give you that context as to why
17       we're here in your office today and why we'll be
18       asking you some questions, okay?
19       A. Okay.
20    Q. Now, you understand that there was a subpoena
21       issued and a deposition notice issued. Have you
22       had a chance to look at that, those documents?
23       A. No, I haven't seen that.
24    Q. You understand that you're here today for Branch
25       River Foam Plastics as an employee, and not in
```