DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Old Reliable Wholesale, Inc., | ) | |
| | ) | CASE NO. 5:06 CV 2389 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| Cornell Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion (ECF # 88), filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment is awarded to Cornell Corporation and against Old Reliable Wholesale in the amount of $196,628.64.

IT IS SO ORDERED.

| | |
|---|---|
| February 2, 2010 | *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |